UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH GUGLIELMO,                           :       20-CV-5569 (PGG) (RWL)
                                            :
                        Plaintiff,          :       **ORDER**
                                            :
        - against -                         :
                                            :
PAMELA'S PRODUCTS, INC.,                    :
                                            :
                        Defendant.          :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The complaint in this action was filed on July 20, 2020, and a summons issued on July 21, 2020. As of December 7, 2020, Plaintiff has not served Defendant. By **December 21, 2020**, Plaintiff shall serve Defendant or shall show cause in writing why this case should not be dismissed for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.