**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH GUGLIELMO,

                Plaintiff,           20 **CIVIL** 5569 (PGG) (RWL)

      -against-                  **JUDGMENT**

PAMELA'S PRODUCTS, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2021, This Court finds no error in Judge Lehrburger's conclusion. Accordingly, the R&R is adopted in its entirety and Plaintiff's claims are dismissed without prejudice for failure to prosecute, and this case is closed.

**Dated:** New York, New York
        September 2, 2021

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                         **Clerk of Court**
                                        **BY:**
                                                         **Deputy Clerk**